| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>NEVAS, ALAN H | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CONN. | 3. Date of Report<br><br>5/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (SENIOR) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>915 LAFAYETTE BOULEVARD<br>BRIDGEPORT, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. | DIRECTOR | JEWISH HOME FOR THE ELDERLY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 17 A 11: 17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 5/27/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CORNERSTONE BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. VORNADO REALTY COMMON STOCK | C | Dividend | K | W | | | | | |
| 3. BESSEMER TRUST CASH SWEEP MM | | None | | | CLOSED | | | | ACCOUNT CLOSED |
| 4. STATE OF ISRAEL BOND | A | Interest | J | T | | | | | |
| 5. CAPITAL HOUSING PARTNERSHIP, LP | B | Rent | J | W | | | | | |
| 6. FAIRVIEW LP | A | Rent | J | W | | | | | |
| 7. MAPLE COURT ASSOCIATES LP | A | Rent | J | W | | | | | |
| 8. SPRINGDALE CENTER LP | B | Rent | J | W | | | | | |
| 9. MATCHCAP-HARBOR'S EDGE, LLC | A | Interest | K | W | BUY | 4/15 | K | | |
| 10. PEOPLES BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 11. PEOPLE'S BANK SAVINGS ACCOUNT | | None | | | CLOSED | | | | ACCOUNT CLOSED |
| 12. FLEET BANK | A | Interest | J | T | NEW | | | | NEW ACCOUNT |
| 13. BANK OF WESTPORT SAVINGS | A | Interest | J | T | | | | | |
| 14. COLONIAL BROADWATER LP | | None | K | W | | | | | |
| 15. | | | | | | | | | |
| 16. SCM FDG LLC SER 2002 ASTON CARE SYS CORP. BOND | B | Interest | K | T | BUY | 1/30 | K | | |
| 17. SCM FDG LLC SER 2003 HERON HOUSE E. PJ CORP. BOND | B | Interest | K | T | BUY | 3/6 | K | | |
| 18. STAR INTL ACADEMY MICH CTFS MUNI BOND | A | Interest | K | T | BUY | 3/10 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MONROE CNTY NY DEV AGY CIVIC MUNI BOND | A | Interest | K | T | BUY | 4/21 | K | | |
| 20. PHILADELPHIA PA AUTH FOR INDL DEV. MUNI BOND | A | Interest | K | T | BUY | 5/21 | K | | |
| 21. ALLIANCE CAPITAL RESERVES MM | A | Interest | J | T | BUY | 5/27 | J | | part of brokerage acct. |
| 22. | | | | | | | | | |
| 23. FIDELITY - IRA | B | Dividend | M | T | | | | | SEE BELOW |
| 24. - ALTRIA GROUP INC. COMMON STOCK | | | | | BUY | 1/16 | J | | |
| 25. | | | | | SELL | 7/15 | J | A | |
| 26. - AOL TIME WARNER COMMON STOCK | | | | | SELL | 4/24 | J | | |
| 27. - BALLARD POWER SYS INC. COMMON STOCK | | | | | SELL | 4/24 | J | | |
| 28. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | | | | | |
| 29. - BERKSHIRE HATHAWAY INC. CLB COMMON STOCK | | | | | BUY | 4/30 | J | | |
| 30. - CLEAR CHANNEL COMM INC. COMMON STOCK | | | | | SELL | 4/24 | J | | |
| 31. - DIAMOND OFFSHORE DRILLING INC. COMMON STOCK | | | | | SELL | 4/24 | J | | |
| 32. - EXPEDITORS INTL. COMMON STOCK | | | | | BUY | 4/29 | J | | |
| 33. - FIFTH THIRD BANCORP COMMON STOCK | | | | | BUY | 6/24 | J | | |
| 34. | | | | | SELL | 12/26 | J | | |
| 35. - MIRANT CORP. COMMON STOCK | | | | | SELL | 1/7 | J | | |
| 36. - PHILADELPHIA SUBURBN CORP. COMMON STOCK | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. - PROGRESSIVE CORP. OHIO COMMON STOCK | | | | | BUY | 4/29 | J | | |
| 38. - STUDENT LOAN CORP. COMMON STOCK | | | | | BUY | 4/28 | K | | ADDITIONAL PURCHASE |
| 39. - TYCO INTL INC. COMMON STOCK | | | | | SELL | 4/24 | J | | |
| 40. - UNITED PARCEL SERVICE INC. COMMON STOCK | | | | | | | | | |
| 41. - USA INTERACTIVE INC. COMMON STOCK | | | | | BUY | 4/29 | J | | NAME CHANGE 6/23 |
| 42. - WP CAREY & CO. LLC COMMON STOCK | | | | | BUY | 7/16 | J | | |
| 43. | | | | | SELL | 12/26 | J | | |
| 44. - WORLDCOM INC. GA NEW COMMON STOCK | | | | | | | | | |
| 45. - FIDELITY MID CAP STOCK | | | | | | | | | |
| 46. - VALUE LINE ASSET | | | | | | | | | |
| 47. - AIM LARGE CAP BASIC VALUE CLASS A | | | | | SELL | 12/26 | J | | |
| 48. - BERGER MID CAP VALUE MUTUAL FUND | | | | | See Below | | | | name change 4/27 to Janus |
| 49. - JANUS MID CAP VALUE MUTUAL FUND | | | | | SELL | 12/23 | J | A | name change from Berger |
| 50. - FIDELITY CAPITAL APPRECIATION MUTUAL FUND | | | | | BUY | 12/30 | J | | |
| 51. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | | | | | |
| 52. - FIDELITY SMALL CAP STOCK | | | | | SELL | 4/24 | K | | |
| 53. - FIDELITY CONTRAFUND | | | | | PARTIAL SALE | 12/23 | J | A | |
| 54. - FIDELITY LOW PRICED STOCK | | | | | SELL | 4/24 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H 1= $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - FIDELITY DIVIDEND GROWTH | | | | | | | | | |
| 56. - WESTPORT FUND CLASS R | | | | | SELL | 4/24 | J | | |
| 57. - FIDELITY STRATEGIC INCOME | | | | | SELL | 6/19 | J | | |
| 58. - FIDELITY CASH RESERVE MM | | | | | | | | | END - FIDELITY IRA |
| 59. | | | | | | | | | |
| 60. ARCHER DANIELS MIDLAND COMMON STOCK | A | Dividend | J | T | BUY | 7/16 | J | | |
| 61. BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | None | J | T | | | | | |
| 62. CLAYTON HOMES COMMON STOCK | A | Dividend | | | SELL | 9/29 | J | A | CASH MERGER |
| 63. EXPEDITORS INTL. COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. FIRST ISRAEL FD INC. COMMON STOCK | | None | J | T | BUY | 10/16 | J | | |
| 65. TAKE TWO INTERACTIVE COMMON STOCK | | None | J | T | | | | | |
| 66. BRE PROPERTIES CL A COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. BOSTON PROPERTIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. HEALTHCARE REALTY TR COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. NEW PLAN EXCEL REALTY TR INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. FIDELITY CT MUNI MM | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. STATE OF ISRAEL BOND | | None | | | matured | | | | BOND MATURED |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | | | | | |
| 74. FIDELITY IRA | A | Dividend | M | T | | | | | SEE BELOW |
| 75. - FIDELITY CASH RESERVE | | | | | | | | | |
| 76. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | | | | | |
| 77. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | | | | | |
| 78. - FIDELITY GROWTH COMPANY | | | | | | | | | |
| 79. - FIDELITY LOW PRICED STOCK | | | | | | | | | |
| 80. - FIDELITY DIVIDEND GROWTH | | | | | | | | | |
| 81. - PIMCO STRATEGIC GLOBAL GOVT. FUND | | | | | BUY | 7/29 | J | | |
| 82. | | | - | | SELL | 12/31 | J | | |
| 83. - FIDELITY SMALL CAP | | | | | | | | | END - FIDELITY IRA |
| 84. | | | | | | | | | |
| 85. BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | None | K | T | | | | | |
| 86. BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | None | J | T | BUY | 1/17 | J | | |
| 87. LUCENT TECH, INC. COMMON STOCK | | None | J | T | BUY | 1/17 | J | | |
| 88. NTN COMMUNICATIONS INC. COMMON STOCK | | None | J | T | BUY | 1/17 | J | | |
| 89. FIDELITY CT MUNI MM | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. STAR INTL ACADEMY MICH CTFS PARTN MUNI BOND | A | Interest | J | T | BUY | 3/10 | J | | |
| 92. MONROE CNTY NY INDL DEV AGY CIVIC FAC MUNI BOND | A | Interest | J | T | BUY | 4/21 | J | | |
| 93. PHILADELPHIA PA AUTH FOR INDL DEV SER B MUNI BOND | A | Interest | J | T | BUY | 5/21 | J | | |
| 94. WEST TEXAS DETENTION FAC CORP MUNI BOND | | None | J | T | BUY | 8/1 | J | | |
| 95. ALLIANCE BERNSTEIN CAP RES MM | A | Dividend | J | T | BUY | 5/31 | J | | part of brokerage acct. |
| 96. | | | | | | | | | |
| 97. WOMEN IN SECURITIES | A | Dividend | J | T | | | | | SEE BELOW |
| 98. - FIRST DATA CORP. COMMON STOCK | | | | | SELL | 1/6 | J | A | |
| 99. - JOHNSON & JOHNSON COMMON STOCK | | | | | SELL | 2/12 | J | A | |
| 100. - MERCK & CO. COMMON STOCK | | | | | SELL | 1/6 | J | A | |
| 101. - ARMOR HOLDINGS COMMON STOCK | | | | | SELL | 1/6 | J | A | |
| 102. - EBAY COMMON STOCK | | | | | SELL | 4/15 | J | A | |
| 103. - EBAY COMMON STOCK | | | | | BUY | 2/4 | J | | |
| 104. | | | | | SELL | 4/15 | J | A | |
| 105. - PFIZER INC. COMMON STOCK | | | | | | | | | |
| 106. - GENERAL ELECTRIC COMMON STOCK | | | | | BUY | 3/4 | J | | |
| 107. | | | | | Trans. Out | 8/12 | J | | GE not owned @12/31/03 |
| 108. -BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | BUY | 5/6 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -CORINTHIAN COLLEGE COMMON STOCK | | | | | BUY | 7/8 | J | | |
| 110. | | | | | SELL | 12/4 | J | A | |
| 111. - STRYKER CORP. COMMON STOCK | | | | | BUY | 6/3 | J | | |
| 112. - TEVA COMMON STOCK | | | | | BUY | 9/9 | J | | |
| 113. - LOWE'S COMMON STOCK | | | | | BUY | 11/7 | J | | |
| 114. - CHELSEA PROPERTY GROUP COMMON STOCK | | | | | BUY | 3/4 | | | |
| 115. - CHELSEA PROPERTY GROUP COMMON STOCK | | | | | | | | | END -WOMEN IN |
| 116. | | | | | | | | | |
| 117. ALCOA INC. COMMON STOCK | A | Dividend | | | SELL | 7/29 | J | B | |
| 118. ALCOA INC. COMMON STOCK | A | Dividend | | | BUY | 3/21 | J | | |
| 119. | | | | | SELL | 7/29 | J | B | |
| 120. AMSOUTH BANCORPORATION COMMON | A | Dividend | J | T | | | | | |
| 121. ANADARKO PETE CORP. COMMON STOCK | A | Dividend | K | T | BUY | 11/25 | K | | |
| 122. APPLIED MATERIALS COMMON STOCK | | None | | | SELL | 1/3 | J | D | & 1/21 |
| 123. BB&T CORP. COMMON STOCK | A | Dividend | | | SELL | 7/31 | K | | |
| 124. BANK OF AMERICA CORP. COMMON STOCK | | | | | SHORT SALE | 3/6 | J | | |
| 125. | | | | | BUY | 4/24 | J | | |
| 126. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | K | T | BUY | 10/30 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. BANKNORTH GROUP INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 128. BANKNORTH CAP TR II | B | Interest | K | T | | | | | |
| 129. BEAR STEARNS CAP TR III | B | Interest | K | T | | | | | |
| 130. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | M | T | | | | | |
| 131. BLOCK, H&R INC. COMMON STOCK | A | Dividend | | | SELL | 1/28 | J | | |
| 132. CHARTER ONE FINANCIAL INC. COMMON STOCK | | | K | T | BUY | 11/6 | K | | & 11/12 |
| 133. CHEVRON TEXACO CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 134. CISCO SYSTEMS INC. COMMON STOCK | | None | K | T | BUY | 1/8 | J | | & 1/10 |
| 135. CITIGROUP INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 136. COCA COLA CO. COMMON STOCK | A | Dividend | | | SELL | 10/13 | J | | |
| 137. COCA COLA CO. COMMON STOCK | A | Dividend | | | BUY | 1/8 | J | | |
| 138. | | | | | SELL | 10/13 | J | | |
| 139. COLGATE-PALMOLIVE CO. COMMON STOCK | A | Dividend | | | SELL | 10/30 | K | | |
| 140. COLGATE-PALMOLIVE CO. COMMON STOCK | A | Dividend | | | BUY | 3/18 | J | | |
| 141. | | | | | SELL | 10/30 | J | | |
| 142. COMMERCE BANCORP INC. NJ COMMON STOCK | | None | K | T | BUY | 11/6 | J | | |
| 143. CONOCO PHILLIPS COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 144. CONOCO PHILLIPS COMMON STOCK | | None | | | BUY | 10/13 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | SELL | 11/6 | K | | |
| 146. CORP. BACKED TRST SOUTHERN CO. | B | Interest | | | SELL | 11/13 | K | A | |
| 147. VERIZON 7.375% PFD CORP. BACKED TRUST CERT. | B | Interest | K | T | | | | | |
| 148. WALT DISNEY CO. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 149. DOMINION CNG CAP TR I 7.8% | B | Interest | K | T | | | | | |
| 150. EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Dividend | K | T | BUY | 4/27 | K | | & 4/28 |
| 151. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | PARTIAL SALE | 3/6 | K | D | PLUS 3/7 & 4/3 |
| 152. FEDERAL NATL MTG ASSN COMMON STOCK | | | | | SHORT SALE | 3/11 | J | | & 3/12 |
| 153. | | None | | | BUY | 5/1 | J | | & 5/11 |
| 154. FIFTH THIRD BANCORP COMMON STOCK | A | Dividend | J | T | BUY | 7/13 | J | | |
| 155. FIRST BANCORP COMMON STOCK | A | Dividend | K | T | BUY | 11/4 | K | | |
| 156. FLEET BOSTON FINANCIAL COMMON STOCK | A | Dividend | | | SELL | 1/21 | K | B | & 1/28 |
| 157. FOREST LABORATORIES INC. COMMON STOCK | | None | | | SELL | 4/3 | J | B | |
| 158. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | | | SELL | 1/7 | K | E | PLUS 1/9,1/13,1/21,1/ |
| 159. GILLETTE CO. COMMON STOCK | A | Dividend | | | BUY | 1/10 | J | | |
| 160. | | | | | SELL | 11/6 | J | A | |
| 161. HOME DEPOT COMMON STOCK | A | Dividend | K | T | | | | | |
| 162. HUDSON UNITED BANKCORP COMMON STOCK | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. IMAGISTICS COMMON STOCK | | None | | | SELL | 3/7 | J | B | |
| 164. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | | | BUY | 3/18 | J | | |
| 165. | | | | | SELL | 9/11 | J | | |
| 166. KEYCORP NEW COMMON STOCK | A | Dividend | J | T | BUY | 10/30 | J | | |
| 167. LOCKHEED MARTIN CORP. COMMON STOCK | | None | | | SELL | 2/13 | K | | |
| 168. LUCENT TECHNOLOGIES INC. COMMON STOCK | | None | J | T | | | | | |
| 169. MARATHON OIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 170. MERCK & CO. INC. COMMON STOCK | A | Dividend | | | SELL | 1/7 | K | C | PLUS 1/13 & 1/21 |
| 171. MERCK & CO. INC. COMMON STOCK | | None | | | BUY | 3/17 | K | | & 3/18 |
| 172. | | | | | SELL | 4/3 | K | B | |
| 173. MICROSOFT CORP. COMMON STOCK | A | Dividend | J | T | BUY | 7/5 | J | | |
| 174. NATIONAL CITY CORP. COMMON STOCK | | None | J | T | BUY | 11/15 | J | | |
| 175. NORTHERN TRUST CORP. COMMON STOCK | A | Dividend | J | T | BUY | 1/14 | J | | |
| 176. NORTHRUP GRUMMAN CORP. COMMON STOCK | | | | | SHORT SALE | 3/11 | J | | |
| 177. | | None | | | BUY | 5/1 | J | | |
| 178. PEPSICO INC. COMMON STOCK | A | Dividend | K | T | BUY | 4/11 | K | | PLUS 4/21 & 4/24 |
| 179. PFIZER INC. COMMON STOCK | A | Dividend | | | SELL | 10/13 | J | | |
| 180. PFIZER INC. COMMON STOCK | A | Dividend | | | BUY | 6/10 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | SELL | 10/13 | J | | |
| 182. PHILIP MORRIS COS INC. COMMON STOCK | A | Dividend | | | SELL | 3/10 | J | A | name change to Altria Group |
| 183. PHILIP MORRIS COS INC. COMMON STOCK | A | Dividend | | | BUY | 1/16 | K | | name change to Altria Group |
| 184. | | | | | SALE | 3/10 | J | | & 3/31 |
| 185. PITNEY BOWES COMMON STOCK | A | Dividend | | | SELL | 3/7 | K | D | |
| 186. PITTSTON BRINKS GROUP COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 187. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 188. PROGRESS ENERGY INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 189. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | BUY | 4/24 | J | | |
| 190. ROYAL DUTCH NEW COMMON STOCK | B | Dividend | L | T | | | | | |
| 191. STANDARD & POORS MIDCAP 400 COMMON STOCK | | None | J | T | BUY | 10/3 | J | | |
| 192. TECO ENERGY INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 193. THE STUDENT LOAN CORP COMMON STOCK | A | Dividend | J | T | BUY | 4/27 | J | | |
| 194. UNION PACIFIC CORP. COMMON STOCK | | | | | SHORT SALE | 2/13 | J | | |
| 195. | | None | | | BUY | 3/13 | J | A | |
| 196. UNITED PARCEL SVCS CL B COMMON STOCK | | | | | SHORT SALE | 2/13 | J | | |
| 197. | | None | | | BUY | 3/13 | J | A | |
| 198. UNOCAL CORP. COMMON STOCK | A | Dividend | | | SELL | 7/11 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. VNB CAPITAL TR I 7.75% TOPRS | B | Interest | | | SELL | 11/25 | K | A | |
| 200. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | BUY | 2/5 | J | | |
| 201. WASHINGTON MUTUAL INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 202. WEBSTER FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 203. WYETH COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | A | |
| 204. WAL-MART STORES INC. COMMON STOCK-SHORT SALE | | None | | | | | | | SHORT SALE 2002 |
| 205. | | | | | BUY | 3/13 | J | A | |
| 206. WAL-MART STORES INC. COMMON STOCK | | | | | SHORT SALE | 3/27 | J | | |
| 207. | | | | | BUY | 7/11 | J | | |
| 208. FAHNESTOCK PRIME CASH SERIES MM | A | Dividend | J | T | | | | | part of brokerage acct. |
| 209. | | | | | | | | | |
| 210. AMSOUTH BANCORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 211. BB&T CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 212. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | BUY | 11/1 | J | | |
| 213. BANKNORTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 214. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | | | | | |
| 215. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | BUY | 10/13 | J | | |
| 216. BLOCK, H&R INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 217. | CHELSEA PROPERTY GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 5/29 | J | | |
| 218. | CITIGROUP INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 219. | COCA COLA CO. COMMON STOCK | | | | | BUY | 1/8 | J | | |
| 220. | | | | | | SELL | 2/13 | J | | |
| 221. | COLGATE-PALMOLIVE CO. COMMON STOCK | A | Dividend | | | SELL | 12/23 | J | | |
| 222. | VERIZON 7.375 PFD CORP. BACKED TRUST CERT. | A | Interest | J | T | | | | | |
| 223. | DTE ENERGY TRUST I 7.8% | A | Interest | J | T | | | | | |
| 224. | WALT DISNEY COMPANY COMMOM STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 225. | DOMINION CNG CAP TR COMMON STOCK | A | Interest | J | T | | | | | |
| 226. | DOMINION RESOURCES INC. COMMON STOCK | A | Dividend | - | | SELL | 7/2 | J | B | |
| 227. | EXPEDITORS INTL. OF WASH. INC. COMMON STOCK | A | Dividend | J | T | BUY | 5/1 | J | | |
| 228. | EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 229. | EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | BUY | 10/13 | J | | |
| 230. | FIFTH THIRD BANCORP. COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 231. | GENERAL MOTORS CORP. 7.25% SENIOR NOTES | A | Interest | J | T | | | | | |
| 232. | HEALTHCARE REALTY TR INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 233. | HOME DEPOT INC. COMMON STOCK | | None | | | SELL | 2/13 | J | | |
| 234. | INTERACTIVE CORP. COMMON STOCK | | None | J | T | BUY | 7/15 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | | | BUY | 5/23 | J | | |
| 236. | | | | | SELL | 10/13 | | | |
| 237. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | | | BUY | 7/15 | J | | |
| 238. | | | | | SELL | 10/13 | J | | |
| 239. KEY CORP. NEW COMMON STOCK | A | Dividend | J | T | BUY | 11/1 | J | | |
| 240. LOCKHEED MARTIN CORP. COMMON STOCK | | None | | | SELL | 2/13 | J | | |
| 241. MARATHON OIL CORP. COMMON STOCK | A | Dividend | | | SELL | 7/2 | J | A | |
| 242. MARATHON OIL CORP. COMMON STOCK | A | Dividend | | | BUY | 4/8 | J | | |
| 243. | | | | | SELL | 7/2 | J | A | |
| 244. MASS BANK CORP. COMMON STOCK | A | Dividend | - | | SELL | 2/13 | J | A | |
| 245. MICROSOFT CORP. COMMON STOCK | A | Dividend | J | T | BUY | 7/8 | J | | |
| 246. MONSANTO CO. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | A | |
| 247. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | BUY | 4/14 | J | | |
| 248. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | BUY | 7/8 | J | | |
| 249. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | BUY | 8/24 | J | | |
| 250. PFIZER INC. COMMON STOCK | A | Dividend | | | SELL | 10/13 | J | | |
| 251. PFIZER INC. COMMON STOCK | A | Dividend | | | BUY | 5/29 | J | | |
| 252. | | | | | SELL | 10/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | PHARMACIA CORP. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 254. | PHILIP MORRIS CO. COMMON STOCK | A | Dividend | | | SELL | 7/14 | J | | NAME CHANGE TO |
| 255. | PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 256. | PROGRESS ENERGY INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 257. | RPM INC. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | | |
| 258. | ROYAL DUTCH NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 259. | ROYAL DUTCH NEW COMMON STOCK | A | Dividend | J | T | BUY | 1/8 | J | | |
| 260. | ROYAL DUTCH NEW COMMON STOCK | A | Dividend | J | T | BUY | 10/13 | J | | |
| 261. | SOUTHERN CO. COMMON STOCK | A | Dividend | | | SELL | 2/13 | J | A | |
| 262. | THE STUDENT LOAN CORP. COMMON STOCK | A | Dividend | J | T | BUY | 4/29 | J | | |
| 263. | US BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 264. | WASHINGTON MUTUAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 265. | WASHINGTON REAL ESTATE INV. TR | A | Dividend | | | SELL | 7/15 | J | A | |
| 266. | FAHNESTOCK CASH SERIES BROKERAGE ACCOUNT MM | A | Dividend | K | T | | | | | part of brokerage acct. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/27/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 5/27/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  6 | 8 | 0 4

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544